# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LSI Corporation<br>d/b/a LSI Logic Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Vizio, Inc.,<br><br>Defendant. | Case No. MISC.<br><br>[related to Civil Action No. 8:10-cv-1602-AG-AJW pending in the United States District Court for the Central District of California] |

### DECLARATION OF KOU-HUNG LOH IN SUPPORT OF NON-PARTY MEDIATEK WIRELESS, INC. AND NON-PARTY WADE BUCKNER'S MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, <u>MOTION FOR A PROTECTIVE ORDER</u>

I, Kou-Hung Loh, hereby declare as follows:

1. I am President of MediaTek USA Inc. and President of MediaTek Wireless, Inc.

2. Unless stated otherwise, I make this declaration based on my personal knowledge and, if called as a witness, could and would testify as to the subject matter described in this declaration.

3. I am informed and believe that this declaration is being made with respect to subpoenas related to a lawsuit entitled *LSI Corporation, dba LSI Logic Corporation v. Vizio, Inc.*, Civil Action No. 8:10-cv-1602-AG-AJW pending in the United States District Court for the Central District of California. I am informed and believe that MediaTek USA Inc. and MediaTek Wireless, Inc. are not parties to that lawsuit.

4. MediaTek USA Inc. is located in San Jose, California, and is a subsidiary of MediaTek Inc. which is located in Taiwan. MediaTek USA Inc. is not a "general manager" of MediaTek Inc.

5. MediaTek Wireless, Inc. has locations in Massachusetts, and is a subsidiary of MediaTek Inc. MediaTek Wireless, Inc. is not a "general manager" of MediaTek Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2012 at San Jose, California.

_____
Kou-Hung Loh