# EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LSI Corporation,<br>d/b/a LSI Logic Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>Vizio, Inc.,<br><br>              Defendant. | Case No. MISC.<br><br>[related to Civil Action No. 8:10-cv-1602-AG-AJW pending in the United States District Court for the Central District of California] |

**DECLARATION OF WADE BUCKNER IN SUPPORT OF
NON-PARTY MEDIATEK WIRELESS, INC. AND
NON-PARTY WADE BUCKNER'S MOTION TO QUASH
SUBPOENAS OR, IN THE ALTERNATIVE,
<u>MOTION FOR A PROTECTIVE ORDER</u>**

I, Wade Buckner, hereby declare as follows:

1. Unless stated otherwise, I make this declaration based on my personal knowledge and, if called as a witness, could and would testify as to the subject matter described in this declaration.

2. My name is Wade Buckner. I am over 18 years of age. I live at 26 Yellow Tail Cove, Sunset Valley, Texas.

3. I am advised that this declaration is being made in relation to a motion to quash a "Subpoena to Testify at a Deposition in a Civil Action" issued from this Court, dated February 16, 2012, and served by LSI Corporation ("LSI") on me and to quash a "Subpoena to Testify at a Deposition in a Civil Action" issued from this Court, dated February 16, 2012, and served by LSI on MediaTek Wireless, Inc. The subpoena that I received had the title "*LSI Corporation, dba LSI Logic Corporation v. Vizio, Inc.*" and listed "Civil Action No. 8:10-cv-1602-AG-AJW" and "Central District of California." I am not a party to that lawsuit.

4. I began working at MediaTek Wireless, Inc. ("MediaTek Wireless") in December 2010. I was employed by MediaTek Wireless until January 1, 2012, at which time my title was Senior Design Manager. I am now an employee of MediaTek USA Inc. ("MediaTek USA"), and I work in Austin, Texas.

5. I am informed and believe that as of January 1, 2012, MediaTek USA took over MediaTek Wireless' space in Austin, Texas, and MediaTek Wireless has no employees located in Austin, Texas.

6. My duties and responsibilities since starting work at MediaTek Wireless and continuing to today are managing a team working on ARM CPU implementation.

7. An "ARM CPU" is a CPU, or central processing unit, also known as a microprocessor, that is sold by a company called ARM Inc. as soft IP (RTL). I believe that ARM CPUs are found in virtually all smartphones.

8. During the time that I have worked at MediaTek Wireless and now MediaTek USA, I have not been involved in the design or development of any computer chips for use in televisions, and specifically, I have not been involved in the design or development of any computer chips that have functions related to the decoding of video or audio signals. My work has involved hiring members of my team who will work on a project with me once a MediaTek Wireless or MediaTek USA business unit identifies the project. As of today, my group has not yet been given a project to work on nor have we worked with any other MediaTek group on any other projects.

9. During the time that I have worked at MediaTek Wireless and MediaTek USA, I have not been involved in the design or development of any computer chips that I understand were sold to and/or included in any products made by Vizio, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2012 at Austin, Texas.

                                                          */s/ Wade Buckner*
                                                           Wade Buckner