UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LSI Corporation, d/b/a LSI Logic Corporation, <br><br>   Plaintiff, <br><br>v. <br><br>Vizio, Inc., <br><br>   Defendant. | Misc. Case No. 1:12-MC-191-LY <br><br>[related to Civil Action No. 8:10-cv-1602-AG-AJW pending in the United States District Court for the Central District of California] |

**SECOND DECLARATION OF WADE BUCKNER IN SUPPORT OF NON-PARTY MEDIATEK WIRELESS, INC. AND NON-PARTY WADE BUCKNER'S MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, <u>MOTION FOR A PROTECTIVE ORDER</u>**

I, Wade Buckner, hereby declare as follows:

1. I am the same Wade Buckner who submitted a declaration dated February 28, 2012. Unless stated otherwise, I make this declaration based on my personal knowledge and, if called as a witness, could and would testify as to the subject matter described in this declaration.

2. I have read LSI Corporation's opposition to our motion to quash, and I saw that LSI Corporation assumed that a description of my experience in my LinkedIn profile – "managing multi-site and multi-cultural teams both domestically and internationally" – relates to my work at MediaTek Wireless, Inc. and MediaTek USA Inc. It does not.

3. The description "managing multi-site and multi-cultural teams both domestically and internationally" in my LinkedIn profile relates to work that I did at my <u>prior</u> employer.

4. As I explained in my first declaration, my duties and responsibilities since starting work at MediaTek Wireless and continuing to today are managing a team working on ARM CPU

implementation. My work has involved searching for, interviewing, and hiring people to work with me on an as yet unspecified project within MediaTek USA Inc. in the United States.

5.  Also as I explained in my first declaration, during the time that I have worked at MediaTek Wireless, Inc. and MediaTek USA Inc., I have not been involved in the design or development of any computer chips that have functions related to the decoding of video or audio signals, and I have not been involved in the design or development of any computer chips that I understand were sold to and/or included in any products made by Vizio, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2012 at Austin, Texas.

_____
Wade Buckner